**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

DYLAN JAMES GOLDSTEIN

    Plaintiff,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION,

    Defendant.

Civil Action No. 3:25-cv-00027-TES

---

**PLAINTIFF'S MOTION TO VACATE AND RECUSE**

---

Pursuant to Fed. R. Civ. P. 60 (b) (6) and 28 USC § 455, Plaintiff Dylan James Goldstein files this Motion to Vacate the Order Denying the Motion for Preliminary Injunction. As shown more fully in Plaintiff's Memorandum of Law in Support of this Motion, Plaintiff respectfully requests that this Court grant the Motion, thereby vacating the Order Denying Preliminary Injunction [Dkt. 26] and Rescuing Judge Self from the above-styled matter.

Respectfully Submitted this 28th day of February 2025.

/s/ Louis R. Cohan
Louis R. Cohan
Georgia Bar no. 173357
COHAN & LEVY
3340 Peachtree Road, N.E.,
Tower 100, Suite 2570

Atlanta, Georgia 30326
Tel: (404) 891-1770
Email: lcohan@ cohanlevy.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this MOTION TO VACATE AND TO RECUSE using the ECF system which will automatically send e-mail notification to all counsel of record signed up for the service.

Respectfully Submitted this 28th day of February 2025.

/s/ Louis R. Cohan
Louis R. Cohan
Georgia Bar no. 173357
COHAN & LEVY
3340 Peachtree Road, N.E.,
Tower 100, Suite 2570
Atlanta, Georgia 30326
Tel: (404) 891-1770
Email: lcohan@ cohanlevy.com