# Exhibit 3

Home / State Courts / Georgia / The Honorable Tilman E. Self, III

## Judge Tilman E. Self, III: Professional Background and Legal Expertise

U.S. District Court for the Middle District of Georgia,

Appointed By: Pres. Donald J. Trump

🔔 Track Judge's New Cases

### Biography

The Hon. Tilman E. Self, III, is a judge on the United States District Court for the Middle District of Georgia. He was nominated to the bench by President Donald Trump on July 13, 2017, filling a seat vacated by the Hon. C. Ashley Royal. His nomination was confirmed by the United States Senate on March 5, 2018.

Prior to his nomination, Self was a judge on the Court of Appeals of Georgia, a position to which he was named by former Governor Nathan Deal on November 9, 2016. Before that, he sat as a judge on the Macon Judicial Circuit Superior Court. He was elected to the seat in 2006, becoming the third successive generation of his family elected to a judgeship in Bibb County. Over the course of his judicial career, Self collaborated with the Macon Judicial Circuit Public Defender and the District of Attorney to implement the Circuit's Veterans Treatment Court. He also sat by designation on the Supreme Court of Georgia (2011).

Self earned a B.S. in business administration from The Citadel in 1990. He spent the next few years as a commissioned field artillery officer in the United States Army, holding assignments in Fort Still, Oklahoma, before serving on the Korean Demilitarized Zone in the Republic of Korea. Self was later stationed at Fort Stewart, Georgia, before completing a J.D. at the University of Georgia School of Law in 1997.

After graduating from law school, Self entered into private practice as an attorney at Sell & Melton, LLP. He worked primarily as a litigator in the firm's general civil practice, tasked with handling matters involving condemnation, federal civil rights, probate, real estate, and all manners of civil suits.

His memberships have included the Macon Bar Association (past president) and the William A. Bootle American Inn of Court. Self has also been involved with the Downtown Macon Rotary Club, the Executive Committee of the Central Georgia Boy Scouts Council, and the Board of Directors of the Museum of Aviation Foundation, and he has served on the Executive Committee of the Young Lawyers Division of the State Bar of Georgia, the Bench and Bar Committee of the State Bar of Georgia, the Domestic Violence Committee of the Judicial Council, and the Council of Superior Court Judges.

He is a graduate of Leadership Macon (1998) and Leadership Georgia (2006). He received gubernatorial appointments to the Georgia Sports Hall of Fame and the Georgia Family Violence Commission.

Born in Macon, Georgia, Self enjoys hunting and fishing with his wife, Amy, and their four children. He is also an avid turkey hunter, holding two Grand, Royal, Mexican and World Slams by the National Wild Turkey Foundation. When not presiding on the bench, Self is a longtime officiator of NCAA football in the Southern Conference.

### About

| | |
|---|---|
| CURRENT APPOINTMENT | U.S. District Court for the Middle District of Georgia |
| PREVIOUS APPOINTMENT | Court of Appeals of Georgia |
| EDUCATION | B.S., The Citadel - 1990<br>J.D., University of Georgia School of Law - 1997 |
| OFFICIAL WEBSITE | www.gamd.uscourts.gov |

### Court Info

| | |
|---|---|
| Current Court: | GA - U.S. District Court for the Middle District of Georgia |
| Previous Court: | GA - Court of Appeals of Georgia |
| Clerk phone: | +1 (478) 752-2600 |
| Macon - Headquarters: | +1 (478) 752-3497 |
| Fax: | +1 (478) 738-6327 |

### Career History

| Role | Employer | Where |
|---|---|---|
| Judge | United States District Court for the Middle District of Georgia | Macon-Bibb County, Georgia |
| Judge | Court of Appeals of Georgia | Fulton County, Georgia |
| Judge | Macon Judicial Circuit Superior Court | None |
| Attorney | Sell & Melton, LLP | Macon-Bibb County, Georgia |

### Articles About Tilman E. Self, III:

Federal Judicial Center: Self, Tilman Eugene III

United States Senate Committee on the Judiciary: Questionnaire for Judicial Nominees

Wikipedia: Tripp Self

Ballotpedia: Tilman E. Self III

Court of Appeals of Georgia: Tilman E. "Tripp" Self, 2017-2018

### Courtroom Rules

Federal Rules of Practice & Procedure

U.S. District Court, Middle District of Georgia - Forms

U.S. District Court, Middle District of Georgia - Local Rules

     

**Company**
Home
About us
Contact us
Pricing

**Resources**
Blog
Support & FAQ
Request Demo
Motion Type Dictionary

**Features**
Trellis AI
Smart Search
Law Firm Intelligence
Judge Analytics
Motions & Issues
State Rules

State Coverage
Verdict Search
Daily Filing Report
Court Comparison
Trellis API

**Top 20 counties**

Los Angeles County, California
Philadelphia County, Pennsylvania
Harris County, Texas
Allegheny County, Pennsylvania
Cook County, Illinois
Palm Beach County, Florida
Sacramento County, California
San Bernardino County, California
Miami-Dade County, Florida
Broward County, Florida
New York County, New York
Montgomery County, Ohio
Orange County, Florida
San Diego County, California
Pinellas County, Florida
King County, Washington
Hillsborough County, Florida
Orange County, California
Alameda County, California
Montgomery County, Pennsylvania

Privacy & Policy / Terms of Service / Public Records

© 2025 Trellis. All Rights Reserved.