# EXHIBIT 4



News   Education   Restaurants   Sports   Georgia   Games   Obituaries   Finance   Classifieds   Best of Middle GA

LOCAL

# Sen. Graham to Macon's Self: Being judge 'piece of cake' compared to ref'ing football

BY JOE KOVAC JR.

UPDATED OCTOBER 04, 2017 4:52 PM



In a red and black striped bow tie — Georgia Bulldogs colors, no less — Tilman E. "Tripp" Self III sat before the U.S. Senate Judiciary Committee on Wednesday and spoke well of his wife and four children, and choked up when he mentioned his late mother and father.

"They'd be proud," Self said of his parents, Tilman E. Self Jr. and Janice Kitchens Self.

Self also thanked President Donald Trump for "his trust, his confidence, his faith" in nominating Self for a federal judgeship.



Self, a University of Georgia law school grad, even talked a little college football with the senators who in all likelihood will soon confirm him to the bench in the Middle District of Georgia.

During a hearing on Self's pending nomination in the Dirksen Senate Office Building, Republican Sen. Johnny Isakson of Georgia noted that the "well rounded" Self was also a referee in the Southern Conference.

Sen. Lindsey Graham, R S.C., apparently mistaking the league's name for the much larger Southeastern Conference, later told Self, "If you can be a ref in the SEC, this'll be a piece of cake being a judge."



Self, 48, a former Bibb County Superior Court judge, presently serves on the Georgia Court of Appeals.

"It's humbling for me as a kid from Macon, Georgia, to think that I'm in a room where so much history has taken place," he said in his opening remarks.

Graham later asked Self if anything he had learned officiating football games might apply to being a judge.

"You need thick skin," Self replied.



The only challenging question directed at Self came from Sen. Mazie Hirono, a Democrat from Hawaii.

Hirono brought up a 1999 Macon rape case in which Self was co defense counsel for a restaurant manager who was tried and acquitted of sexually assaulting an off duty waitress.

Hirono cited a 2001 Macon Telegraph article from the trial that mentioned how prosecutors had rejected the defense's contentions "that emphasized the waitress' short skirt, flirtatious behavior and 'free spirit' attitude that was allegedly brought on by alcohol."

The senator asked Self if factors such as a victim's attire should be considered as evidence.

These are the coziest shoes I've ever put on - Last Day 70% Off!

Orthowalkaway

"I think it depends on the specifics," Self replied. "We've got to follow the law that's on that case."

Joe Kovac Jr: 478-744-4397, @joekovacjr

This story was originally published October 04, 2017 4:43 PM.

RELATED STORIES FROM MACON TELEGRAPH

LOCAL

## TRUMP NOMINATED HIM AS U.S. DISTRICT JUDGE, BUT WHO IS TRIPP SELF?

OCTOBER 04, 2017 3:34 PM

Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

MACON TELEGRAPH APP →

✉ VIEW NEWSLETTERS →

Subscriptions
Start a Subscription
Customer Service
Edition
Vacation Hold
Pay Your Bill

Learn More
About Us
Contact Us
Newsletters
Archives
Personal Finance

Advertising
McClatchy Advertising
Place an Ad
Place a Classified Ad
Place an Ad - Celebrations
Place an Obituary
Staffing Solutions
Political | Advocacy Advertising

Part of the McClatchy Media Network

Copyright     Privacy Policy     Your Privacy Choices     Terms of Service